# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-01627-AG (JDEx) | Date | February 28, 2019 |
| Title | Nehemiah Kong v. Anaheim Corner LLC et al | | |

Present: The Honorable **ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

None Present                                            None Present

**PROCEEDINGS:**     **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court, having been advised that this action has been resolved by a Stipulation for Dismissal [16], hereby orders this action dismissed WITH PREJUDICE. The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                  -    :    -

Initials of Deputy Clerk    mku